IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>LINDSEY PAIGE CARLSON<br>a/k/a "Lindsey Fogle"          (01)<br>ANDREA SUE COKER<br>a/k/a "Skittles"                     (02)<br>ALLEN DAVID ROGERS<br>a/k/a "Boston"                       (03) | **4-17CR163- 0**<br>Case No.<br><br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>**FILED**<br>SEP 2 0 2017<br>CLERK, U.S. DISTRICT COURT<br>By_____<br>Deputy |

INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around July 2017, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Lindsey Paige Carlson**, also known Lindsey Fogle, **Andrea Sue Coker**, also known as Skittles, and **Allen David Rogers**, also known as Boston, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

JOHN R. PARKER
UNITED STATES ATTORNEY

*[signature]* for:

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455