ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v. | No. 4:17-CR- 163-O

ANDREA SUE COKER (02
a/k/a "Skittles"

## FACTUAL RESUME

INFORMATION: Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

<u>Fourth</u>: That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

Andrea Sue Coker received a half ounce of methamphetamine from Tammi Sharp. Martha Rodgers, aka Mama Frost, gave her about an eight-ball worth altogether. Alisha Feeney, Patrick Graydon and Nikki Risovi smoked bowls with her, as well as many others, on a number of occasions. Coker smoked with Graydon three times a week or so for about six months, about a bowl at a time. Nikki Risovi also gave her a gram of methamphetamine each time Coker cleaned her apartment, which was about three times. Davis Dobbs gave her about an eight-ball worth over time. She stayed with him for about one night a week for two months. A man named "Wild Bill" gave her altogether maybe another eight-ball. Sometimes she and her friends would buy each other a meal in exchange for a bowl. Haldon Stikeleather paid her with a quarter ounce of methamphetamine four times to take care of his boys. Coker also stole methamphetamine from a number of people. In turn, Andrea Sue Coker distributed (by sharing) methamphetamine with various persons in the Fort Worth, Texas area. Tonya Blackwood was Nikki Risovi's girlfriend. Laci Whisenant supplied Johnny Sweatman, one of Coker's friends. Coker was with Jack Gossett one time, on a motorcycle, when he brought Celeste Blair methamphetamine. Eric Summers is Blair's Asian boyfriend. Gossett may have obtained methamphetamine from Michael Barrett, aka Motorcycle Mike. Tonya Barrett was with Michael Barrett for a long time. Stanley Mack, an elderly man, would smoke with them before they went to the Gameroom, and she was with him when he made a pickup one time in Dallas. In this manner, Andrea Sue Coker conspired with various individuals to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this __11__ day of __September__, 2017.

_____        _____
ANDREA SUE COKER                                           Counsel for Defendant
Defendant

**Factual Resume - Page 2**